159 So. 895

**STATE v. Jim OSWELL.**
**6 Div. 705.**

Court of Appeals of Alabama.
Dec. 19, 1934.

Thos. E. Knight, Jr., Atty. Gen., and George Ross, of Bessemer, for the State.

Robert F. Proctor, John L. Busby, and John W. Carlton, all of Birmingham, for appellee.

RICE, Judge.
Affirmed.